UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                        Case No. 24-30489
                                          Originating No.  24CR130

**BENNIE E. HOUGH**

        Defendant.
_____/

**GOVERNMENT'S AMENDED PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **BENNIE E. HOUGH** to answer to charges pending in another federal district, and states:

1. On **November 13, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on an Indictment**.  Defendant is charged in that district with violations of **of 21 USC Sections 846 and 841(a)(1) and 841(b)(1)(C)  - Conspiracy to Distribute Fentanyl, Heroin and Distribution of fentanyl and p-fluorofentanyl (an analogue of fentanyl)**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney

    *s/Alyse Wu*
    ALYSE WU
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9100

Dated: November 13, 2024